IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

SPECIALTY PROCESS EQUIPMENT
CORPORATION, *et al.*, §
§
        Plaintiffs, §
§
VS. § CIVIL ACTION NO. H-12-1321
§
HYCARBEX-AMERICAN ENERGY, *et al.*, §
§
        Defendants. §

## ORDER

Plaintiff's motion to extend time to serve parties is granted. The deadline to serve all parties to this case is extended to November 30, 2012.

SIGNED on August 27, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge